IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

Case Number _____ *21 CR 409*-1

v.
Defendant.

*Anthony Emek Ibekie*                   Judge _____ *CHANG*

## ORDER APPOINTING COUNSEL UNDER CJA

**Name of Appointed Attorney:** *Per Kent R. Carlson*

**Person Represented:** *Anthony Emek Ibekie*    **Defendant number:** *1*  **Under SEAL:** YES or (NO)

**Payment Category:** (FELONY)  MISDEMEANOR    **Type of Person Represented:** ADULT  JUVENILE  OTHER

OTHER    PETTY OFFENSE

**Representation Type:**  BP (CC) CF  CH  DRI  EW  EX  HC  JU  MA  JRV  JHB

MC  ML  NT  OT  PA  PR  PT  SR  WI  WW

**Court Order:**
APPOINTING COUNSEL          CO-COUNSEL          STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER   (SUBS FOR PANEL ATTORNEY)  SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** *Raul Camarena*

If associate(s) will be used, list name(s) below.  If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

_____

**Signature of Presiding Judge:** *Edmond E. Chang*

**Date of Order:** 04/10/2023          **Nunc Pro Tunc Date:** *4/4/23* or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed:**  YES  NO

**Prior Authorization Approved:**  YES  NO

**Signature of Presiding Judge:** _____

**Date of Order:** _____          **Nunc Pro Tunc Date:** _____ or NONE